In the Matter of NEW YORK CREDIT MEN'S ASSOCIATION, INC., Appellant, against JACOB SCHNEIDER et al. Defendants, and DORA SCHNEIDER, Respondent.

Argued April 19, 1937; decided June 11, 1937.

Motion to vacate order of dismissal denied. (See 273 N. Y. 625.)